**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiffs
CARLOS VALDES and MINVERA VALDES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CARLOS VALDES, an Individual; and MINVERA VALDES, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Association; QUALITY LOAN SERVICE CORPORATION, a California Corporation; and DOES 1 through 100; Inclusive,<br><br>Defendants. | Case No.: 8:18-CV-1263-JVS-(DFMx)<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

WHEREAS, Plaintiffs, CARLOS VALDES and MINERVA VALDES (collectively, the "Plaintiffs"), on one hand, and Defendants WELLS FARGO, N.A., and QUALITY LOAN SERVICE CORPORATION, on the other hand, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Plaintiffs in this action shall be dismissed WITH PREJUDICE, and each party shall bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiffs in this action shall be and hereby are dismissed.

IT IS HEREBY ORDERED that the dismissal is WITH PREJUDICE, and each party to bear their own costs and attorney's fees.

DATED: February 06, 2019          UNITED STATES DISTRICT COURT

By: _____
Hon. James V. Sena